UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | FILED |
| ) | NOV - 5 2025 |
| Plaintiff, ) | U.S. DISTRICT COURT |
| ) No. | EASTERN DISTRICT OF MO |
| v. ) | ST. LOUIS |
| ) 4:25CR569-CMS/PLC | |
| ALEJANDRO PEREZ-FIGUEROA, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 23, 2025, in the Eastern District of Missouri, the defendant,

**ALEJANDRO PEREZ-FIGUEROA,**

an alien, was found in the United States after having been removed therefrom to Mexico, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney